IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **RUSSEL A. COX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO.  4:22cv310 |
| | ) | |
| **FIRST UNITED BANK & TRUST** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Russel A. Cox and First United Bank & Trust stipulate to Russel A. Cox voluntarily dismissing with prejudice the lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  February 28, 2023         Respectfully submitted,

By: /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANT**

By: /s/ *Robert C. Newark, III with permission*
Robert C. Newark, III
State Bar No. 24040097
A Newark Firm
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas 75247
robert@newarkfirm.com